**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

ALEX NAVARRO,

      Plaintiff,

v.

THE KEYES COMPANY,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

      Defendant, THE KEYES COMPANY, by and through its undersigned counsel hereby provides Notice to this Court of the Removal of this case from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this Court and states as follows:

      On August 5, 2022, Plaintiff commenced this action in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2022-014684 CA (21) entitled *Alex Navarro v. The Keyes Company.*

      Defendant, through their undersigned counsel, executed a waiver of service on August 11, 2022.

      Defendant removes this matter under original federal question jurisdiction under 28 U.S.C. 1441(a).

**I.**      **STATEMENT OF THE GROUNDS FOR REMOVAL**

      This Notice of Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, 1367, 1441 and 1446.

## II.        <u>EXHIBITS SUBMITTED IN SUPPORT OF NOTICE OF REMOVAL</u>

In accordance with 28 U.S.C. 1446(a) copies of all process, pleadings, papers and orders now on file in the state court are attached as set forth below:

- Federal Civil Cover Sheet

- Complaint (Exhibit 1)

- Waiver of Service (Exhibit 2)

## III.       <u>TIMELINESS OF REMOVAL</u>

This Notice of Removal is based upon based upon 28 U.S.C. §§ 1331 and 1441. Those sections provide that an action shall be removable if the Federal Court has original jurisdiction over the subject matter of the Complaint. 28 U.S.C. 1441. Original jurisdiction arises where the controversy in the civil action involves a "federal question." 28 U.S.C. § 1331. Here there is a claim under the federal statute 29 U.S.C. § § 201, 207.

## IV.       <u>BASIS FOR FEDERAL QUESTION JURISDICTION</u>

This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 in the jurisdiction and venue section of the Complaint. Plaintiff alleges violation of the Fair Labor Standards Act, 29 U.S.C. § 207.

## V.        <u>OTHER MATTERS</u>

Following the filing of this Notice with the Court, written notice of the filing of same will be provided to the attorney for Plaintiff as required by law.

Notice of this removal will be filed with the clerk of court of the Circuit Court in and for Miami-Dade County, Florida.

## VI. <u>CONCLUSION</u>

Wherefore, this Court has original federal question of jurisdiction of the action under 28 U.S.C. § 1331 and the action is removable pursuant to the provision of 28 U.S.C. §§ 1441 and 1446. As such, Defendant respectfully hat this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1331, 1367, 1441 and 1446.

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify** that a true and correct copy of the foregoing was served by e-mail on September 9, 2022, on all counsel or parties of record on the Service List below.

> s/Gabriel T. Roberts
> Gabriel "Gabe" T. Roberts, Esq.
> Florida Bar No. 1018435
> Primary e-mail: groberts@scottlawteam.com
> Secondary e-mail: mail@scottlawteam.com
> SCOTT LAW TEAM, LLC
> Jupiter Gardens
> 250 South Central Boulevard, Suite 104-A
> Jupiter, FL 33458
> Telephone: (561) 653-0008
> Facsimile: (561) 653-0020
> Secondary Address: 101 Northpoint Parkway
> West Palm Beach, FL 33407
> www.ScottLawTeam.com

## <u>SERVICE LIST</u>

Martin E. Leach, Esq.
Florida Bar No. 0037990
FEILER & LEACH, P.L.
Attorneys for Plaintiff
The American Airlines Building
901 Ponce de Leon Boulevard
Suite # 300
Coral Gables, Florida 33134
Telephone (305) 441-8818
Facsimile (305) 441-8081
Email: mel@flmlegal.com
erodriguez@flmlegal.com